IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NATHAN GILLIS,

                Petitioner,                MEMORANDUM

    v.                                        08-cv-0117-bbc

GREG GRAMS, Warden,
Columbia Correctional Institution,

                Respondent.

---

In response to petitioner's request that the court order the return one of his appellate filing fees, dkt. 20, I asked petitioner 1) whether he intends to pursue an appeal and 2) to show proof of payment of a second $455 appellate filing fee. May 2, 2008 Order, dkt. 21. Petitioner submitted a copy of the disbursement request that he completed on April 23, 2008. Dkt. 23, Attachment 1 at 2. That document shows that petitioner did request payment of another $455 appellate filing fee. However, that payment never arrived at this court. Although petitioner correctly requested that the check be issued to Theresa Owens, Clerk of Court, he requested that it be sent to 219 Dearborn Street, Chicago, Illinois, the address for the Court of Appeals for the Seventh Circuit. *Id.* If and when that payment is credited toward his appeal or forwarded to this court by the Court of Appeals, petitioner may be entitled to a reimbursement.

In the May 2nd order, I advised petitioner that any overpayment he has made would be applied first to his outstanding balance in other cases in this court. Specifically, I noted that petitioner owes $27.97 in case no. 02-cv-681 and $202.20 in case no. 03-cv-579. Since the entry of that order, it has come to the court's attention that petitioner also owes $27.97 in case

1

no. 98-cv-392. Petitioner contests these amounts. He has submitted documentation from the prison showing that he has made payments totaling $140 in case 02-cv-681 and $120 in case no. 03-cv-579. However, court records show that in case no. 02-cv-681, petitioner owed $150 in district court filing fees and has paid only $122.03 (see attached records, p. 5). In case no. 03-cv-579, petitioner owed a $150 district court filing fee and a $255 appellate filing fee and has paid only $188.86 (*id.* at 6-7). I have attached the court records showing a summary of petitioner's amounts due and amounts paid in all of the cases that he has filed in this court.

Entered this 22nd day of May, 2008.

BY THE COURT:

/s/

Stephen L. Crocker
Magistrate Judge