# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

NATHAN GILLIS,

    Petitioner,

v.

GREG GRAMS, Warden,
Columbia Correctional Institution,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.:  08-cv-117-bbc

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus is DENIED.


THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

6/20/08
_____
**Date**