IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NATHAN GILLIS,

          Petitioner,           ORDER

    v.           08-cv-0117-bbc

GREG GRAMS, Warden,
Columbia Correctional Institution,

          Respondent.

---

Nathan Gillis has filed a motion, asking this court to refund him $910 that he paid in filing fees to appeal this court's judgment denying his petition for a writ of habeas corpus. Nothing in petitioner's motion suggests that the filing fees were paid as a result of clerical error. Rather, petitioner appears to believe that he is entitled to this money because the Court of Appeals for the Seventh Circuit has accepted his appeal and determined that his case is not frivolous. Petitioner is mistaken. Courts are entitled to absolute immunity from damages for their judicial acts. <u>Forrester v. White</u>, 484 U.S. 219, 227 (1988). Petitioner's motion is DENIED.

Entered this 12th day of October, 2009.

          BY THE COURT:

          /s/

          STEPHEN CROCKER
          Magistrate Judge